IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JOHN HAMILTON,

     Plaintiff,

v.                                        CIVIL ACTION NO. 1:16-05806
                                          (Criminal No. 1:95-00174)

UNITED STATES OF AMERICA,

     Defendant.

## JUDGMENT ORDER

     Consistent with the Memorandum Opinion and Order filed this day:

    1.    Plaintiff's motion under 28 U.S.C. § 2255 is **DENIED** as untimely;

    2.    This action is **DISMISSED** with prejudice; and

    3.    The Clerk is directed to remove this case from the court's active docket.

     The Clerk is directed to forward a certified copy of this Judgment Order to counsel of record and unrepresented parties.

     **IT IS SO ORDERED** this 24th of January, 2018.

ENTER:

David A. Faber
Senior United States District Judge